UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                      Criminal No. 22-mj-30263

v.

D-1   Deandre Thorington and,
D-2   Jeremy Martin

       Defendants.
_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrests, and Affidavit for complaint for the following reasons:

1.    That the defendants has been arrested on the complaint by law enforcement officers.

2.    That the United States is no longer apprehensive that the defendants may flee prior to appearance on the complaint.

                                Respectfully submitted,

                                DAWN N. ISON
                                United States Attorney

                                s/ *Sarah Youngblood*
                                Sarah Youngblood
                                Assistant United States Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, MI 48226
                                313-226-9581
Dated:  June 9, 2022           sarah.youngblood@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Criminal No.   22-mj-30263

v.

IN RE:   SEALED MATTER

      Defendant.

_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                                s/David R. Grand
                                                Honorable David R. Grand
                                                United States Magistrate Judge

Dated:  6/9/22